PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Tohsa Rochelle Dailey                            Docket No. 2:15-CR-9-15H

### Petition for Action on Conditions of Pretrial Release

    COMES NOW Bentley H. Massey, Senior U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Tohsa Rochelle Dailey, who was placed under pretrial release supervision by the Honorable James E. Gates, U.S. Magistrate Judge, sitting in the Court at Raleigh, on May 7, 2015.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant was placed on home incarceration and has been participating in the location monitoring program. She has complied with all rules and regulations of said program and all drug screens have been negative. However, due to her remote location, her telephone system is not working properly on a consistent basis and this is not believed to be deliberate or the defendant's fault. Due to this and her exemplary adjustment to supervision thus far, we recommend her conditions be modified to include home detention without electronic monitoring. The probation office will monitor this condition through random phone calls and home visits.

**PRAYING THAT THE COURT WILL ORDER:**

The defendant is placed on home detention without electronic monitoring. The defendant will be restricted to her residence at all times except for employment; education; religious services; medical services; substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the probation officer.

I declare under penalty of perjury that the foregoing is true and correct.

/s/Bentley H. Massey
Bentley H. Massey
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610,
Raleigh, NC 27601-1441
Phone: 919-861-8815
Executed On: July 22, 2015

### ORDER OF THE COURT

Considered and ordered the __24th__ day of ____July____, 2015, and ordered, filed and made part of the records in the above case.

_____
James E. Gates
U.S. Magistrate Judge